**Opinion issued August 31, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00172-CV

————————————

## ROYAL AC, INC., Appellant

## V.

## DEBORAH GREEN, Appellee

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-09514**

---

## MEMORANDUM OPINION

Appellant, Royal AC, Inc., has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). Appellee has filed a motion to dismiss the appeal due to appellant's failure

to file a brief. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

More than ten days have elapsed since the filing of the motions. *See* TEX. R. APP. P. 10.3(a). Appellant did not respond, and a brief has not been filed. Accordingly, we grant the motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.